IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| Association of Apartment Owners of Hokua at 1288 Ala Moana, | ) ) ) ) | CV 08-00436HG-KSC |
| Plaintiff, | ) ) ) | Order Adopting Magistrate's Findings and Recommendations to Grant |
| vs. | ) ) | Plaintiff Association of Apartment Owners of Hokua |
| Watts Water Technologies, Inc., aka Watts Regulator Company; Murray Corporation; Benjamin Woo Architects, LLC; Notkin Hawaii, Inc.; Albert C. Kobayashi, Inc.; Hokua Development Group, LLC; Dorvin D. Leis Co., Inc.; Oetiker Corporation, aka Oetiker Amerika; Brett Hill Management Group, LLC.; John and Jane Does 1-10; Doe Partnerships 1-10; Doe Corporations 1-10; Doe Governmental Agencies 1, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | at 1288 Ala Moana's Petition for a Haw. Rev. Stat § 6633-15.5 Determination That Settlement Between Plaintiff and Defendant Hokua Development Group, Inc.; Albert C. Kobayashi, Inc.; and Dorvin D. Leis Co. Was Entered into in Good Faith (Doc. 84) |
| Defendants. | ) ) | |
| _____ | ) | |

____

**ORDER ADOPTING MAGISTRATE'S FINDINGS AND
RECOMMENDATIONS TO GRANT PLAINTIFF ASSOCIATION OF
APARTMENT OWNERS OF HOKUA AT 1288 ALA MOANA'S PETITION
FOR A HAW. REV. STAT § 6633-15.5 DETERMINATION THAT
SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT HOKUA
DEVELOPMENT GROUP, INC.; ALBERT C. KOBAYASHI, INC.; AND
DORVIN D. LEIS CO. WAS ENTERED INTO IN GOOD FAITH (DOC.
84)**

Findings and Recommendation having been filed and

served on all parties on May 22, 2009, and no

objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant

to Title 28, United States Code, Section 636(b)(1)(C)

and Local Rule 74.2, the Findings and Recommendation

(Doc. 84) are adopted as the opinion and order of this

Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, September 28, 2009.



_____

/S/ Helen Gillmor

Helen Gillmor
United States District Judge