IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ASSOCIATION OF APARTMENT OWNERS OF THE HOKUA @ 1288 ALA MOANA,<br><br>        Plaintiff,<br><br>   vs.<br><br>WATTS WATER TECHNOLOGIES, INC. aka WATTS REGULATOR COMPANY; MURRAY CORPORATION; BENJAMIN WOO ARCHITECTS, LLC; NOTKIN HAWAII, INC.; ALBERT C. KOBAYASHI, INC.; HOKUA DEVELOPMENT GROUP, LLC; DORVIN D. LEIS CO., INC.; OETIKER CORPORATION, aka OETIKER AMERIKA; BRETT HILL MANAGEMENT GROUP, LLC; et al.,<br><br>        Defendants.<br>_____ | CIVIL NO. 08-00463 HG-KSC |

<u>ORDER ADOPTING MAGISTRATE'S FINDINGS & RECOMMENDATION TO GRANT DEFENDANT BRETT HILL MANAGEMENT GROUP, LLC'S PETITION FOR DETERMINATION OF GOOD FAITH SETTLEMENT (DOC. 110)</u>

Findings and Recommendation having been filed and served on all parties on August 24, 2009, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section

636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendations to Grant Defendant Brett Hill Management Group, LLC's Petition for Determination of Good Faith Settlement (Doc. 110) are adopted as the opinion and order of this Court.

    IT IS SO ORDERED.

    DATED: September 28, 2009, Honolulu, Hawaii.



                        /S/ Helen Gillmor

Helen Gillmor
United States District Judge