IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ASSOCIATION OF APARTMENT OWNERS OF THE HOKUA AT 1288 ALA MOANA,<br><br>           Plaintiff,<br><br>     vs.<br><br>WATTS WATER TECHNOLOGIES, INC., aka WATTS REGULATOR COMPANY; MURRAY CORPORATION; BENJAMIN WOO ARCHITECTS, LLC; NOTKIN HAWAII, INC.; ALBERT C. KOBAYASHI, INC.; HOKUA DEVELOPMENT GROUP, LLC; DORVIN LEIS CO., INC.; OETIKER CORPORATION, aka OETIKER AMERIKA; BRETT HILL MANAGEMENT GROUP, LLC; JOHN and JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; DOE GOVERNMENTAL AGENCIES 1-10; and DOE ASSOCIATIONS 1-10,<br><br>           Defendants.<br>_____ | CIVIL NO. 08-00463 HG-KSC |

**ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATION TO GRANT: 1) PETITION FOR A HAW. REV. STAT. § 663-15.5 DETERMINATION THAT A SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT MURRAY CORPORATION IS IN GOOD FAITH; AND 2) PETITION FOR A HAWAII REVISED STATUTES § 663- 15.5 DETERMINATION THAT A SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT BENJAMIN WOO ARCHITECTS, LLC, IS IN GOOD FAITH**

Statements of no opposition were filed by all parties to the Petition for a Haw. Rev. Stat. § 663-15.5 Determination that a Settlement Between Plaintiff and Defendant Murray Corporation is in Good Faith; and the Petition for a Hawaii Revised Statutes § 663- 15.5 Determination that a Settlement between Plaintiff and

Defendant Benjamin Woo Architects, LLC, is in good faith.

Findings and Recommendation having been filed and served on all parties on June 15, 2010, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation (Doc. 194) are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, June 23, 2010.



/S/ Helen Gillmor
_____
Helen Gillmor
United States District Judge