IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ASSOLIATION OF APARTMENT OWNERS OF THE HOKUA AT 1288 ALA MOANA, )<br><br>Plaintiff, )<br><br>vs. )<br><br>WATTS WATER TECHNOLOGIES, INC., aka WATTS REGULATOR COMPANY; MURRAY CORPORATION; BENJAMIN WOO ARCHITECTS, LLC; NOTKIN HAWAII, INC.; ALBERT C. KOBAYASHI, INC.; HOKUA DEVELOPMENT GROUP, LLC; DORVIN D. LEIS CO., INC.; OETIKER CORPORATION, aka OETIKER AMERIKA; BRETT HILL MANAGEMENT GROUP, LLC; JOHN AND JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; DOE CORPORATIONS 1-10; DOE GOVERNMENTAL AGENCIES 1-10; and DOE ASSOCIATIONS 1-20,<br><br>Defendants. | CIVIL NO. 08-00463-HG-KSC |

## ORDER ADOPTING MAGISTRATE'S FINDINGS & RECOMMENDATION
### (Doc. 221)

Statements of no opposition were filed by all remaining parties to the Petition for a Haw. Rev. Stat. § 663-15.5 Determination that a Settlement between

Plaintiff and Defendant Notkin Hawaii, Inc. is in Good Faith (Doc. 196) and the Petition for a Haw. Rev. Stat. § 663-15.5 Determination that a Settlement between Plaintiff and Defendants Watts Water Technologies, Inc. aka Watts Regulator Company and Watts Radiant, Inc. is in Good Faith (Doc. 204).

Findings and Recommendation (Doc. 221) having been filed and served on all parties on August 24, 2010, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation (Doc. 221) are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

Dated: Honolulu, Hawaii, August 27, 2010.



/S/ Helen Gillmor
_____
Helen Gillmor
United States District Judge